UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HART, | Case No. 26-cv-02840-TSH |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| U.S. DEPARTMENT OF LABOR, | |
| Defendant. | |

On April 3, 2026, the Court granted Plaintiff Eugene Hart's application to proceed in forma pauperis and found his complaint deficient under 28 U.S.C. § 1915(e).  ECF No. 8.  The Court directed Plaintiff to file an amended complaint by May 1, 2026 warning that failure to cure these deficiencies could lead to dismissal of this case.  Plaintiff has failed to file an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders.  Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).  Accordingly, the Court **ORDERS** Plaintiff Eugene Hart to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by May 22, 2026.  Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed.  Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco.

You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: May 8, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2